IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| REBECCA J. JONES,<br><br>　　　　　Plaintiff,<br><br>Vs.,<br><br>DIVERSIFIED ADJUSTMENT SERVICE, INC., and XCEL ENERGY, INC.<br><br>　　　　　Defendant. | NO. 4:13 – cv - 00342<br><br><br><br>VOLUNTARY DISMISSAL<br>WITH PREJUDICE |

　　　Pursuant to Rule 41.1(a)(2) of the Local Federal Rules of Civil Procedure, plaintiff Rebecca J. Jones requests all claims raised or that could have been raised in this action are hereby dismissed with prejudice against each Defendant and each party will bear its own costs and attorney fees.

　　/*s*/ L. Ashley Zubal
L. Ashley Zubal　　AT0009559
MARKS LAW FIRM, P.C.
4225 University Avenue
Des Moines, Iowa  50311
(515) 276-7211
Fax: (515) 276-6280
ATTORNEY FOR PLAINTIFF

c/o William J. Miller
801 Grand, Suite 4100
Des Moines, IA 50309-8002
miller.william@dorsey.com

**CERTIFICATE OF SERVICE**:  By signing above, the attorney, L. Ashley Zubal certifies that on the 3d day of September, 2013, this document was filed electronically in the United States District Court for the Southern District of Iowa Court.  The parties listed will receive notice via US Mail.